IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANGEL WILSON JAYA ROMERO,** | **CIVIL ACTION** |
| v. | |
| **WARDEN J.L. JAMISON,** *et al.* | **No. 26-5302** |

## ORDER

**AND NOW**, this 30th day of July, 2026, upon consideration of the petition for a writ of habeas corpus and the response thereto, it is hereby **ORDERED** as follows:

1.  The petition for a writ of habeas corpus (ECF 1) is **GRANTED**.[1]

2.  Respondents shall **IMMEDIATELY RELEASE** Jaya Romero from custody and certify compliance with this Order by a filing on the docket by **July 31, 2026,** regarding Jaya Romero's custody status. Respondents shall return to Jaya Romero immediately upon his release all personal belongings confiscated upon or during his detention, including his identification documents.

3.  Respondents are **ENJOINED** for a period of seven days following Jaya Romero's release from custody pursuant to this order from detaining Jaya Romero based on the same putative legal bases for his present arrest and detention, which is to say under 8 U.S.C. §§ 1225 or 1226.[2]

---

[1] Respondents acknowledge that the Court has ruled against them hundreds of times in the last year regarding the only operative legal defense of Jaya Romero's detention. Although this is no concession of the issue, which remains under appellate review, Respondents elect not to "restate in detail" the arguments they have already made. In like form, the Court refers the parties to the Court's unambiguous prior rulings on this issue.

[2] Jaya Romero is not subject to mandatory detention under 8 U.S.C. § 1225. If Jaya Romero is not released from custody because he is otherwise detained, for instance on a criminal or civil

4.   If the government seeks to detain Jaya Romero after the period of seven days, it must provide him with a bond hearing within 48 hours of his detention. If no bond hearing is provided within 48 hours, Jaya Romero's remedy will recur.

5.   The Clerk is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

*/s/ Catherine Henry*

**CATHERINE HENRY, J.**

---

commitment, then the seven-day period begins on the date of the lifting of detainers related to his immigration detention under §§ 1225 and 1226.